**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAN ZHANG et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JAMES COMEY et al.,<br><br>    Defendants. | **Case No: 2:16-cv-00582-ODW-JC**<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

In light of the parties' failure to comply with the Court's September 23, 2016, Order to Show Cause, and lack of prosecution appearing in the case, **IT IS HEREBY ORDERED** that the entire action and all claims asserted therein are DISMISSED without prejudice.

**IT IS SO ORDERED**.

October 25, 2016

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**